UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joseph S. Haas,
    Plaintiff

    v.                                    Civil No. 08-cv-169-SM

Stephen R. Monier, U.S. Marshal, and
Gary DiMartino, his Chief Deputy,
    Defendants

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

May 12, 2008

cc:  Joseph S. Haas, pro se
     Seth R. Aframe, Esq., AUSA