UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Joseph S. Hass</u>

    v.                              Case No.   08-cv-169-PB

<u>Stephen R. Monier, U.S. Marshal, and</u>
<u>Gary DiMartino, his Chief Deputy</u>

<u>O R D E R</u>

    I recuse myself from presiding over this case.

    SO ORDERED.

                                            Paul Barbadoro
                                            United States District Judge

May 14, 2008

cc:  Joseph S. Haas, pro se
     Seth R. Aframe, Esq., AUSA