UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Joseph S. Haas</u>


    v.                                Civil No. 08-cv-169

<u>Stephen R. Monier, U.S. Marshal,</u>
<u>District of NH and Gary DiMartino,</u>
<u>Chief Deputy, U.S. Marshal Service-NH</u>


<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.


                                            _____
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  May 20, 2008

cc:  Joseph S. Haas, pro se
     Seth R. Aframe, Esq., AUSA