UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Joseph S. Haas

    v.                    Civil No. 08-cv-169

Stephen R. Monier, U.S. Marshal,
District of NH and Gary DiMartino,
Chief Deputy, U.S. Marshal Service-NH


### O R D E R

I recuse myself from presiding over this case.

**SO ORDERED.**

                                    /s/ Joe Laplante
                                    Joseph N. Laplante
                                    United States District Judge


Dated: May 20, 2008

cc:  Joseph S. Haas, pro se
     Seth R. Aframe, AUSA