## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Joseph S. Haas</u>

    v.                                          Civil No. 08-cv-169

<u>Stephen R. Monier, U.S. Marshal,</u>
<u>District of NH and Gary DiMartino,</u>
<u>Chief Deputy, U.S. Marshal Service - NH</u>

### ORDER OF RECUSAL

    I hereby recuse myself from this case.

    **SO ORDERED.**

                                          _____
                                          James R. Muirhead
                                          United States Magistrate Judge

Date:  May 22, 2008

cc:    Joseph S. Haas, pro se
       Seth R. Aframe, AUSA