MISC 08    47 T

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Joseph S. Haas

     v.                                    Civil No. 08-cv-169-SM

Stephen R. Monier, U.S. Marshal,
District of New Hampshire; and
Gary DiMartino, Chief Deputy,
U.S. Marshal Service, New Hampshire

### O R D E R

    All of the judges in this district have recused themselves
from presiding over this case.  Accordingly, subject to the
concurrence of Chief Judge Lisi, the case shall be designated and
assigned to an active district judge from the District of Rhode
Island.  Sitting by designation, the assigned judge is authorized
to hold court within this district and perform any judicial
function required of a judge of this district as set forth in
28 U.S.C. § 296.  Jurisdiction over the case remains with the New
Hampshire District Court.

    The recusal of all of the judges on this court gives rise to
an "emergency" with respect to the referred case as that term is
used in 28 U.S.C. § 636(f).  I therefore concur in the assignment
of a magistrate judge from the designated district to perform the
duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

May 28, 2008

cc:  Clerk, USDC, Rhode Island
     Joseph S. Haas, pro se
     Seth R. Aframe, Esq., AUSA

2

**CONCURRING ORDER**

I concur that *Ernest C. Torres*, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge *Martin* is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: _May 30, 2008_____

cc: Clerk, USDC, _____
    Joseph S. Haas, pro se
    Seth R. Aframe, Esq., AUSA