**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

JOSEPH S. HAAS,
Plaintiff

    v.                                   NHD-CA08-169-T
                                           RID-MC08-47-T

STEPHEN R. MONIER; and,
GARY DIMARTINO,
Defendants

**ORDER**

    I hereby recuse myself from participation in the above-referenced matter.

                                 By Order:

                                 Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 6\15\08