UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


JOSEPH S. HAAS

v.                                                         NH CA 08-169 MML

STEPHEN R. MONIER,
United States Marshal, and                    RI CA 08-047 ML
GARY DIMARTINO, his
Chief Deputy


MEMORANDUM AND ORDER


This matter is before the Court on Plaintiff's objection[1] to a Report and

Recommendation issued by United States Magistrate Judge Martin on March 31, 2009.

This Court has reviewed the Report and Recommendation and Plaintiff's objection.

The Court finds that Magistrate Judge Martin has appropriately applied the relevant

precedent to Plaintiff's claims.  The Court finds no merit in Plaintiff's objection.

Accordingly, the Report and Recommendation is adopted in its entirety and the

complaint is hereby DISMISSED.


SO ORDERED:


Mary M. Lisi
Chief United States District Judge
April 24 , 2009


---

[1]Although not styled as an objection to the Report and Recommendation, this
Court will treat Plaintiff's document filed on April 14, 2009 as such.